944

No. 04–303. PHILLIPS v. VILLAGE OF OAK PARK, ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–321. TAMAI v. STEVENS. C. A. Fed. Cir. Certiorari denied.

No. 04–362. ANKERMAN v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 04–5474. HANKINS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–5722. REESE v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5796. PRIMEAUX v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 04–5813. GIBSÓN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5814. HANSON v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 04–5815. BRONSON v. BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Pa. Certiorari denied.

No. 04–5819. GAUTHIER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 04–5820. HART v. MCKEE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–5829. MORROW v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5835. HOLLOWAY v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.